UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 21-355 (RBW) |
| LORI ANN VINSON and THOMAS ROY VINSON, | ) |
| Defendants. | ) |

### ORDER

In accordance with the oral rulings issued by the Court at the arraignment held on June 7, 2021, it is hereby

**ORDERED** that, with the defendants' consent, the time from June 7, 2021, until July 22, 2021, is excluded under the Speedy Trial Act in light of the need for the government to provide discovery to the defendants and the need for the defendants to review that discovery. It is further

**ORDERED** that the parties shall appear before the Court for a status hearing on July 22, 2021, at 2:00 p.m. via videoconference.

**SO ORDERED** this 11th day of June, 2021.

REGGIE B. WALTON
United States District Judge