**From:** "Jrod Beachum" <███████████>
**To:** "███████████" <███████████>
**Sent:** Mon, Oct 18, 2021 at 9:18 AM
**Subject:** Lori letter

To whom it may concern,

My name is Jared Beauchamp. I am a lover and follower of Jesus Christ. I have worked hard to live my daily life as an honorable hard working American. I served the Commonwealth of Kentucky with over 23 years of service. I recently retired from the Kentucky State Police after serving as a Trooper. I had previously served as a Union County Kentucky Deputy Sheriff, Morganfield City Police officer, and Henderson county Deputy Jailer. I worked my entire career without one single negative write up from any supervisor. I had one citizen complaint in 23 years of service. This complaint was easily debunked as the incident occurred in the courtroom in front of a Judge, Defense Attorney, Prosecutor, and Social Services.

I have known Lori Vinson almost my entire life. We both have lived in the small rural community of Union County Kentucky with a population of around 15,000 people in 363 square miles.

I've known Lori to always being a brutally honest person. Lori is a lady that if you do not want her opinion, we had better not ask her. I worked a couple of incidents involving her adult children. Even when her own children were involved, Lori was honest with the complete truth and would accept her child to do nothing but to own up and face it with total truth. Lori is a person who loves with her whole heart. She doesn't know how to love anyone just a little, it's all or nothing. Lori has worked as a registered nurse for as long as I can remember us as adults. I would trust her care with my children and my Grandmother. I know Lori to be an honest hard working woman for her family. Lori is an American who also loves our beautiful country and supports the Constitution of the United States of America.

As a God-fearing, America-loving citizen. I am in agreement with the lowest quantity of punishment available of your honorable judgement.

Thank you for your honorable service,

Jared Beauchamp


Sent from Yahoo Mail for iPhone

