10/10/21

Lori Vinson



Morganfield, Ky 42437

To Whom It May Concern,

My name is Lori Vinson and I live in a small town in western Ky. I have been married since 1997 and together Tom Vinson and I raised 6 children, and now have 9 grandchildren. I have lived in the county for most of my life and have been a very productive member of this community.

When my children were younger and played sports, I was a very active participant in doing whatever was needed to keep the program going. I helped run the concession stands for the youth football and baseball leagues. My husband helped coach football and baseball. As my children got older, I have been more involved in their lives helping with their children and making sure they are all productive members of society.

I received my nursing degree in 2005 and have been employed since then. Most of the time holding down 2 jobs. I have worked in a lot of areas of nursing. My passion in the operating room I feel that is a huge part of nursing a lot of nurses don't want to be involved with. What I am most proud of in my nursing career is when Covid hit I was put in charge of a team that reorientated nurses that had been out of the ICU or Medical Surgical setting back to their original skills, so that if our hospital was at maximum capacity with Covid patient the floor nurses would have help. I have also worked hands on with Covid patient infusion Monoclonal antibodies to Covid positive patients so that the progression of this virus was slowed down.

I am now working for a home health company. I go out and change PICC line dressing and draw labs so that my patient does not have to go to a hospital setting or a public infusion center to have these things done and they are less likely to encounter Covid. Right now, I have a gentleman that is on a heart transplant list. He is on a continuous medication that he cannot be off over a few hours. If something were to happen to his IV line, then he would need to have that replaced with in hours or he could be removed from the transplant list. I check on him weekly and make sure there are no signs of infection in this line, and I also draw his labs a couple times a month to make sure he is not having any organ failure or any changes that could affect him staying on the transplant list. As far as I know I am the only nurse within several hours of this patient.

**DEFENDANT'S EXHIBIT D**

My husband and I now own a lower social economic rental property, that we purchased in November of 2020. This property consists of 13 efficiency apartment, 11 mobile homes, 4 houses, and a commercial pizza business. The people that live here are on fixed incomes and most don't have a vehicle to get anywhere. My husband and I several times a week take a lot of these people to the grocery store or to pick up their medicines. These people make so little on Social Security that they can't afford a taxi to take them places. The local Salvation Army also bring boxes lunches or supper here and I distribute them to the tenants.

When my husband and I took over this property it was overrun with drug, prostitution, and lots of theft. We have been able in a year to turn things around to give people a better place to live. I cannot say that all these bad things are no longer here, but I can say that I am here enough to be a huge deterrent to these acts taking place here. When we bought this block, you could find needles and drug paraphernalia littered all around the dumpsters on this property. I have meet with a member of the Pennyrile Narcotics Taskforce to try and clean up even more of this community. I am not a member of this community other than owning property here, but I do think people deserve a nice, quiet place to call home and will continue to work with all members of the community to see that this happens for the residences on this block.

I have also taken over being payee for a mental challenges tenant (I was appointed by the Social Security Administration) that was kicked out of his home by his father. This 24 yr. old man was living on the street with no income, and I put him in an apartment where he lived rent free for 2 months until we could get his Social Security checks lined out. I check on him daily and the days I work my husband makes sure he doesn't need anything, and he is ok.

Regardless of my intentions, I take full responsibility for my actions. I am sorry for what happened that day and for those that were hurt. I did not realize the extent of the violence until after we left the Capitol on January 6th. I made statements to the media that I regret. When I made them I was angry for losing my job. When I said my actions were justified and I would do it again tomorrow, it was a reaction to my job loss. Also, I did not mean that any of the violence was justified or that I would go into the Capitol again. I meant that I would protest again. I do not agree with or support the violence that day. Now, I do not even want to participate in any protests."

The reason for this letter is to explain the kind of person I am and to ask for a reprimand that allows me to continue my work with my patients and my tenants that need help. Jail time and home incarnation will not allow these things to happen, and the ones hurt most of all from this will be those people that I am trying to help.


Sincerely

Lori Vinson