

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LORI ANN VINSON and )<br>THOMAS ROY VINSON, )<br>)<br>Defendants. )<br><br>IN RE PRESS COALITION'S MOTION )<br>FOR ACCESS TO COMMUNITY )<br>SERVICE RECORDS, ) | Criminal Action No. 21-355 (RBW)<br><br><br><br><br><br><br><br>Misc. Action No. 21-166 (RBW) |

**ORDER**

Upon consideration of the Press Coalition's Motion for Access to Community Service Records, it is hereby

**ORDERED** that, on or before May 23, 2022, the United States Probation Office shall submit to the Court for its <u>in camera</u> review copies of the defendants' community service records requested by the Press Coalition in its Motion for Access to Community Service Records, see Motion for Access to Community Service Records at 1, Misc. Action No. 21-166, ECF No. 1. The Probation Office shall submit the files by e-mailing an electronic version of the documents in PDF format to Walton_Chambers@dcd.uscourts.gov.

**SO ORDERED** this 13th day of May, 2022.

_____
REGGIE B. WALTON
United States District Judge